IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-275-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.    GARY A. NOBLE,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

In light of the Notice of Disposition and Government's Motion to Schedule

Change of Plea Hearing (doc. #84), filed October 11, 2011, the Final Trial Preparation

Conference set for **October 13, 2011 at 2:00 p.m.** is converted to a **Change of Plea**

**Hearing**.

---

Dated:  October 12, 2011